AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOSEPH FORS, individually and on behalf of a class of persons similarly situated

CASE NUMBER: 12-CV-4827

V.

ASSIGNED JUDGE: Judge Gary Feinerman

CONCEPTS AMERICA, INC., and
33 RESTAURANT, INC.,

DESIGNATED MAGISTRATE JUDGE: Judge Susan E. Cox

TO: (Name and address of Defendant)

33 Restaurant, Inc.
c/o Ted Kasemir
1840 Pickwick Ave.
Glenview, IL 60026

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James X. Bormes
Law Office of James X. Bormes, P.C.
8 S. Michigan Ave.
Suite 2600
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK

DATE
September 6, 2012

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 9/13/2012 |
| NAME OF SERVER *(PRINT)* Dawanyia Clayton | TITLE | Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Left a copy thereof at defendant's Registered Agent's address: Ted Kasemir 1840 Pickwick Ave. Glenview IL 60026 Recieved by Maria Pea.siel

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/13/2012
*Date*

*Signature of Server*

8 South Michigan Ave. Suite 2600 Chicago IL.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.